IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WAYNE BEALL,

      Petitioner,                    No. CIV S-11-0272 EFB P

    vs.

STATE OF NEVADA,

      Respondent.              <u>ORDER</u>

_____/

      Petitioner is a Nevada state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

      Petitioner was challenges a conviction entered in the Second Judicial District Court of the State of Nevada and is currently confined in Nevada. Because witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the place of conviction, the court finds that this case should be transferred to the United States District Court for the District of Nevada. 28 U.S.C. § 1404(a); *see also id.* § 2241(d).

      Therefore, the court takes no action on petitioner's application to proceed *in forma pauperis,* and transfers this action to the United States District Court for the District of Nevada.

////

1  Accordingly, it is ORDERED that this action is transferred to the Reno Division of the
2  United States District Court for the District of Nevada.
3  DATED: February 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE